FILE COPY

No. 07-17-00178-CR

| | | |
|---|---|---|
| Brandon Mickelle Howard<br>Appellant | § | From the 47th District Court<br>of Potter County |
| | § | |
| v. | | March 20, 2018 |
| | § | |
| The State of Texas<br>Appellee | § | Opinion by Chief Justice Quinn |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated March 20, 2018, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o